L. W. CLAYTON v. NORTH CAROLINA STATE HIGHWAY & PUBLIC WORKS COMMISSION.

(Filed 20 November, 1957)

APPEAL by defendant from *Hall, J.,* February, 1957 Civil Term, FRANKLIN Superior Court.

Proceeding under Tort Claims Act for damages alleged to have been caused by the negligence of an employee of the defendant.

*George B. Patton, Attorney General; R. Brookes Peters, Asst. Attorney General and Parks H. Icenhour, Staff Attorney, for the State.*

*Gaither M. Beam, for plaintiff, appellee.*

PER CURIAM. The facts in this case are fully stated in the case of *D. H. Tucker v. State Highway & Public Works Commission, ante,* 171, decided this day, and the decision in that case controls here. It may or may not be necessary in the view of the Industrial Commission to reconsider this case with reference to any claim on the part of the defendant that the plaintiff was contributorily negligent. To the extent here indicated, the order of Judge HALL is

Modified and Affirmed.